UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| HOPLITE INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AERA ENERGY LLC,<br><br>Defendant. | Cause No.: CV-24-49-BMM-JTJ<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

The Court, having reviewed Plaintiff's Motion for Voluntary Dismissal of Complaint without Prejudice, pursuant to Federal Rule of Civil Procedure 41(a) & (b), in accordance with Federal Rule of Civil Procedure 4(m), and good cause appearing therefore:

**IT IS HEREBY ORDERED** that all remaining claims against Defendant Aera Energy, LLC are **DISMISSED WITHOUT PREJUDICE**.

Dated this 28th day of October, 2024.

_____
Brian Morris, Chief District Judge
United State District Court